IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD HANSEN,

            Plaintiff(s),            NO.  C- 12  - 5666  MMC

vs.

                                                    **PRETRIAL PREPARATION ORDER**

CLEAR CHANNEL OUTDOOR, INC.,

            Defendant(s).

_____/

      It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE:  Monday,  March 10, 2014   at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be   3 to 4      days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :   September 27, 2013  .

DESIGNATION OF EXPERTS:

      Plaintiff/Defendant:  No later than   October 18, 2013  .
      Plaintiff/Defendant: Rebuttal no later than   November 1, 2013  .

      Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :   November 22, 2013   .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than   December 6, 2013  , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge    N/A     and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE:  February 25, 2014       at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5):  Lead trial counsel shall meet and confer no later than  January 20, 2014 .

FURTHER STATUS CONFERENCE:  Friday,  November 1, 2013     at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  October 25, 2013   .

ADDITIONAL ORDERS:

> Case referred to ADR Department for Mediation - to be conducted within Ninety (90) days.
>
> See attached Pretrial Instructions.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED: February 8, 2013

                                    MAXINE M. CHESNEY
                                    United States District Judge

(Revised 7/2012)