IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD HANSEN,

        Plaintiff(s),        NO. C- 12 - 5666 MMC

vs.

**PRETRIAL PREPARATION ORDER**

CLEAR CHANNEL OUTDOOR, INC.,

        Defendant(s).

_____/

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE: Monday, __March 10, 2014__ at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be __3 to 4__ days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF : __September 27, 2013__ .

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant: No later than __October 18, 2013__ .
    Plaintiff/Defendant: Rebuttal no later than __November 1, 2013__ .

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF : __November 22, 2013__ .

-2-

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than  December 6, 2013 , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge   N/A    and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE:  February 25, 2014      at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5):  Lead trial counsel shall meet and confer no later than  January 20, 2014 .

FURTHER STATUS CONFERENCE:  Friday,  November 1, 2013    at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  October 25, 2013   .

ADDITIONAL ORDERS:

>   Case referred to ADR Department for Mediation - to be conducted within Ninety (90) days.
>
>   See attached Pretrial Instructions.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED: February 8, 2013

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

(Revised 7/2012)