MARK A. WASSER (SBN 060160)
**LAW OFFICES OF MARK A. WASSER**
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Tel: (916) 444-6400

Attorneys for Plaintiff
TODD HANSEN

MARIA C. RODRIGUEZ (SBN 194201)
KATHARINE J. LIAO (SBN 255157)
MICHELLE S. KUNIHIRO (SNB 271969)
**DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
Tel: 213.330.7700

Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD HANSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., a corporation,<br><br>  Defendants. | CASE NO. 3:12-CV-05666-MMC<br><br>Judge: Maxine M. Chesney<br>Ctrm: 7<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUANCE OF MEDIATION COMPLETION DATE** |

## [PROPOSED] ORDER

The Parties having stipulated thereto, and good cause appearing therefor, the Parties' Stipulation re: Continuance of Mediation Completion Date is GRANTED.

The Mediation Completion Date, currently set by this Court as May 8, 2013, is hereby continued by 75 days to July 22, 2013.

**IT IS SO ORDERED.**

Dated: May 2, 2013                By: _____
MAXINE M. CHESNEY
United Stated District Court Judge