1  MARK A. WASSER (SBN 060160)
   **LAW OFFICES OF MARK A. WASSER**
2  400 Capitol Mall, Suite 2640
   Sacramento, California 95814
3  Tel: (916) 444-6400

4  Attorneys for Plaintiff
   TODD HANSEN
5
   MARIA C. RODRIGUEZ (SBN 194201)
6  KATHARINE J. LIAO (SBN 255157)
   MICHELLE S. KUNIHIRO (SNB 271969)
7  **DLA PIPER LLP (US)**
   550 South Hope Street, Suite 2300
8  Los Angeles, CA 90071-2678
   Tel: 213.330.7700
9
   Attorneys for Defendant
10 CLEAR CHANNEL OUTDOOR, INC.

11

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                        **SAN FRANCISCO DIVISION**

15

16

17 TODD HANSEN,                          CASE NO. 3:12-CV-05666-MMC

              Plaintiff,                 Judge: Maxine M. Chesney
18                                       Ctrm: 7
       vs.
19                                       [PROPOSED] **ORDER GRANTING**
   CLEAR CHANNEL OUTDOOR, INC., a        **STIPULATION RE: CONTINUANCE OF**
20 corporation,                          **MEDIATION COMPLETION DATE**

21            Defendants.

22

23

24

25

26

27

28

WEST\240946440.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

The Parties having stipulated thereto, and good cause appearing therefor, the Parties' Stipulation re: Continuance of Mediation Completion Date is GRANTED.

The Mediation Completion Date, currently set by this Court as May 8, 2013, is hereby continued by 75 days to July 22, 2013.

**IT IS SO ORDERED.**

Dated: May 2, 2013

By: _/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
United Stated District Court Judge