IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HANSEN, | No. C-12-5666 MMC |
| Plaintiff, | **ORDER ADVANCING STATUS CONFERENCE; DIRECTIONS TO PARTIES** |
| v. | |
| CLEAR CHANNEL OUTDOOR, INC., | |
| Defendant. | |

Before the Court is the parties' "Stipulation Re: Continuance of Fact Discovery Deadline," filed August 23, 2013.

In their stipulation, the parties seek to continue the non-expert discovery cut-off from the currently scheduled deadline of September 27, 2013 to December 26, 2013, in light of a mediation to be conducted in October 2013 or November 2013. The deadline to complete mediation, however, was July 22, 2013, a date to which the Court, at the parties' joint request, had previously extended the deadline. There is no indication in the record that the parties, on or before July 22, 2013, either participated in a mediation or requested an extension of the deadline. See ADR L.R. 6-5(a) (providing request to extend deadline to complete mediation "must be made no later than 14 days before the session is to be held").

Moreover, the date to which the parties seek to extend the non-expert discovery cut-

off is not consistent with the sequence of pretrial matters as set forth in the Court's Pretrial Preparation Order, in that said date is more than a month after the expert discovery cut-off and three weeks after the deadline to file dispositive motions.

Accordingly, the status conference currently scheduled for November 1, 2013 is hereby ADVANCED to September 13, 2013, at 10:30 a.m.  A Joint Status Report addressing the matters set forth above shall be filed no later than September 6, 2013.

**IT IS SO ORDERED.**

Dated:  August 28, 2013

MAXINE M. CHESNEY
United States District Judge