```
1   MARK A. WASSER (SBN 060160)
    LAW OFFICES OF MARK A. WASSER
2   400 Capitol Mall, Suite 2640
    Sacramento, California 95814
3   Tel: (916) 444-6400

4   Attorneys for Plaintiff
    TODD HANSEN
5
    MARIA C. RODRIGUEZ (SBN 194201)
6   KATHARINE J. LIAO (SBN 255157)
    MICHELLE S. KUNIHIRO (SNB 271969)
7   DLA PIPER LLP (US)
    550 South Hope Street, Suite 2300
8   Los Angeles, CA  90071-2678
    Tel: 213.330.7700
9
    Attorneys for Defendant
10  CLEAR CHANNEL OUTDOOR, INC.
```

**IT IS SO ORDERED**
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: September 6, 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD HANSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., a corporation,<br><br>    Defendants. | CASE NO.  3:12-CV-05666-MMC<br><br>Judge:  Maxine M. Chesney<br>Ctrm:  7<br><br>**STIPULATION RE: CONTINUANCE OF MEDIATION COMPLETION DATE**<br><br>**AND ORDER APPROVING STIPULATION** |

1   WHEREAS, on April 30, 2013, Plaintiff TODD HANSEN ("Plaintiff"), on the one hand,
2   and Defendant CLEAR CHANNEL OUTDOOR, INC. ("Defendant"), on the other, (collectively,
3   "Party" or "Parties") stipulated to a 75-day continuance of the Mediation Completion Date, then
4   set for May 8, 2013, to July 22, 2013 (the "Stipulation"), with the intention in good faith of
5   scheduling mediation to occur prior thereto;

6   WHEREAS, on May 2, 2013, the Court issued an Order granting continuation of the
7   mediation completion date;

8   WHEREAS, after filing the Stipulation, the Parties then learned that the court-appointed
9   mediator, Martin Quinn, would be out of the country from July 9, 2013 through August 2, 2013,
10  Plaintiff and Plaintiff's counsel were unavailable to conduct mediation throughout June 2013, and
11  the Parties and mediator were not available to conduct mediation on a mutually agreeable date
12  during the first week of July;

13  WHEREAS, in the interest of efficiency and conservation of judicial resources, the Parties
14  continued to work with the mediator to schedule a mutually agreeable mediation date before
15  requesting a second extension in order to ensure that no further extensions would be required;

16  WHEREAS, the Parties diligently worked with the mediator and with one another and set
17  the soonest available date of August 21, 2013 at 9:30 a.m., for which the mediator was only
18  available for a half day of mediation;

19  WHEREAS, shortly thereafter, on August 7, 2013, Plaintiff, Plaintiff's counsel, and
20  Defendant's counsel met and conferred in person and Plaintiff expressed – and Defendant's
21  counsel agreed – that Greg McGrath, Plaintiff's former supervisor, would be an essential party to
22  attend the mediation;

23  WHEREAS, Defendant's counsel conferred with Greg McGrath, who is a resident of
24  Southern California, and he was not available to travel to Northern California on August 21,
25  2013, nor was he available to travel to Northern California on the limited other dates provided by
26  the court-appointed mediator;

27  WHEREAS, in a continuing effort to expedite the scheduling of a mediation, Defendant's
28  counsel conferred with Plaintiff's counsel telephonically and offered instead to hold mediation

DLA PIPER LLP (US)
LOS ANGELES
WEST\241905891.1

1

STIPULATION RE: CONTINUANCE OF MEDIATION COMPLETION DATE

1  privately in Southern California, given that Greg McGrath, Plaintiff, and Defendant's counsel are
2  all located in Southern California, and Plaintiff's counsel was amenable;
3      WHEREAS, Defendant's counsel requested availability from three private mediators,
4  cleared them with Greg McGrath, and offered these dates to Plaintiff's counsel, but Plaintiff's
5  counsel expressed that he preferred to schedule with the court appointed mediator;
6      WHEREAS, Defendant requested additional dates from the court appointed mediator, and
7  October 7, 2013, was the only available, mutually agreeable date for the Parties and the mediator
8  to conduct mediation in Northern California;
9      WHEREAS, on August 27, 2013, the Parties confirmed the mediation in Northern
10 California with mediator Martin Quinn at 11:00 a.m. on October 7, 2013;
11     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, through their respective
12 undersigned counsel, that, given the October 7, 2013 mediation date, the Parties request that the
13 Court issue an Order continuing the current Mediation Completion Date of July 22, 2013, to
14 October 8, 2013.
15     **SO STIPULATED.**

Dated: August 30, 2013        LAW OFFICES OF MARK A. WASSER

                              By _____
                                 MARK A. WASSER
                                 Attorneys for Plaintiff
                                 TODD HANSEN

Dated: August 30, 2013        DLA PIPER LLP (US)

                              By _____
                                 MICHELLE S. KUNIHIRO
                                 Attorneys for Defendant
                                 CLEAR CHANNEL OUTDOOR, INC.

DLA PIPER LLP (US)
LOS ANGELES

WEST\241905891.1

2

STIPULATION RE: CONTINUANCE OF MEDIATION COMPLETION DATE