MARIA C. RODRIGUEZ (SBN 194201)
maria.rodriguez@dlapiper.com
MICHELLE S. KUNIHIRO (SNB 271969)
michelle.kunihiro@dlapiper.com
DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel: 213.330.7700

Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD HANSEN,<br><br>         Plaintiff,<br><br>    vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., a corporation,<br><br>         Defendants. | CASE NO.  3:12-CV-05666-MMC<br><br>Judge:  Maxine M. Chesney<br>Ctrm:  7<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR BY PHONE FOR THE SEPTEMBER 13, 2013 STATUS CONFERENCE ; DIRECTING ALL PARTIES TO APPEAR BY TELEPHONE AT STATUS CONFERENCE, TO BE CONDUCTED AT 10:00 A.M. |

1  **[PROPOSED] ORDER**

2  Defendant's request to appear by telephone for the Status Conference scheduled for

3  September 13, 2013, ~~at 10:30 a.m.~~ (the "Status Conference"), is **GRANTED**.

4  Further, all parties are DIRECTED to appear by telephone at the Status Conference, which
shall be conducted at 10:00 a.m.  The Clerk of the Court shall initiate the call.

8  **IT IS SO ORDERED.**

12  Dated: September 6, 2013         By /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United Stated District Court Judge