1  MARIA C. RODRIGUEZ (SBN 194201)
   maria.rodriguez@dlapiper.com
2  MICHELLE S. KUNIHIRO (SNB 271969)
   michelle.kunihiro@dlapiper.com
3  DLA PIPER LLP (US)
   550 South Hope Street, Suite 2300
4  Los Angeles, CA  90071-2678
   Tel: 213.330.7700
5
   Attorneys for Defendant
6  CLEAR CHANNEL OUTDOOR, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12

13  TODD HANSEN,                         CASE NO.  3:12-CV-05666-MMC

14          Plaintiff,                   Judge:  Maxine M. Chesney
                                         Ctrm:  7
15      vs.
                                         **[PROPOSED]** **ORDER GRANTING**
16  CLEAR CHANNEL OUTDOOR, INC., a       **DEFENDANT'S REQUEST TO APPEAR**
    corporation,                         **BY PHONE FOR THE SEPTEMBER 13,**
17                                       **2013 STATUS CONFERENCE** ; DIRECTING
            Defendants.                  ALL PARTIES TO APPEAR BY
18                                       TELEPHONE AT STATUS CONFERENCE,
                                         TO BE CONDUCTED AT 10:00 A.M.
19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

Defendant's request to appear by telephone for the Status Conference scheduled for

3

September 13, 2013, ~~at 10:30 a.m.~~ (the "Status Conference"), is **GRANTED**.

4

Further, all parties are DIRECTED to appear by telephone at the Status Conference, which

5

shall be conducted at 10:00 a.m.  The Clerk of the Court shall initiate the call.

6

7

8

**IT IS SO ORDERED.**

9

10

11

Dated: ___September 6_____, 2013

12

By _____

MAXINE M. CHESNEY
United Stated District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
Los Angeles