MARK A. WASSER (060160)
LAW OFFICES OF MARK A. WASSER
400 Capitol Mall, Suite 2640
Sacramento, California 95814
Phone: (916) 444-6400
Fax: (916) 444-6405
E-mail: mwasser@markwasser.com

Attorneys for Plaintiff, Todd Hansen

MARIA C. RODRIGUEZ (194201)
Maria.rodriguez@dlapiper.com
MICHELLE S. KUNIHIRO (271969)
Michelle.Kunihiro@dlapiper.com
DLA PIPER LLP (USA)
550 South Hope Street, Suite 2300
Los Angeles, California 90071
Phone: (213) 330-7700
Fax: (213) 330-7701

Attorneys for Defendant,
Clear Channel Outdoor, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD HANSEN,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., a corporation, and DOES I through XX,<br><br>Defendants. | Case No.: 3:12-CV-05666-MMC<br><br>**STIPULATION TO FILING NOTICE OF DISMISSAL AND ORDER**<br><br>**Fed. R. Civ. Proc. 41(a)(1)(A)(ii)** |

Law Offices of
Mark A. Wasser

STIPULATION AND ORDER

1      The parties having settled this case, it is hereby stipulated by and between the parties through

2 their respective counsel that this action may be and hereby is dismissed with prejudice pursuant to

3 Federal Rule of Civil Procedure 41(a)(1).  The parties shall each bear their own costs and attorney's

4 fees.

5

6 Dated: October _14_, 2013      LAW OFFICES OF MARK A. WASSER

7

8      By: _____

9           Mark A. Wasser
          Attorney for Plaintiff, Todd Hansen

10

11

12 Dated:  October _14_, 2013      DLA PIPER LLP (USA)

13

14      By: _____

15           Maria C. Rodriguez
          Michelle Kunihiro
          Attorneys for Defendant, Clear Channel Outdoor, Inc.

16

17

18

19                **ORDER**

20

21      The parties having stipulated as hereinabove set forth and good cause appearing;

22      IT IS SO ORDERED.

23

24 Dated:  _October 15_, 2013      UNITED STATES DISTRICT COURT

25      By: _____

26           The Honorable Maxine M. Chesney
          United States District Judge

27

28