1  MARK A. WASSER (060160)
   LAW OFFICES OF MARK A. WASSER
2  400 Capitol Mall, Suite 2640
   Sacramento, California 95814
3  Phone: (916) 444-6400
   Fax: (916) 444-6405
4  E-mail: mwasser@markwasser.com

5  Attorneys for Plaintiff, Todd Hansen

6  MARIA C. RODRIGUEZ (194201)
   Maria.rodriguez@dlapiper.com
7  MICHELLE S. KUNIHIRO (271969)
   Michelle.Kunihiro@dlapiper.com
8  DLA PIPER LLP (USA)
9  550 South Hope Street, Suite 2300
   Los Angeles, California 90071
10 Phone: (213) 330-7700
   Fax: (213) 330-7701
11

12 Attorneys for Defendant,
   Clear Channel Outdoor, Inc.
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD HANSEN, | Case No.: 3:12-CV-05666-MMC |
| Plaintiff, | **STIPULATION TO FILING NOTICE OF DISMISSAL AND ORDER** |
| vs. | |
| CLEAR CHANNEL OUTDOOR, INC., a corporation, and DOES I through XX, | Fed. R. Civ. Proc. 41(a)(1)(A)(ii) |
| Defendants. | |

1  The parties having settled this case, it is hereby stipulated by and between the parties through
2  their respective counsel that this action may be and hereby is dismissed with prejudice pursuant to
3  Federal Rule of Civil Procedure 41(a)(1). The parties shall each bear their own costs and attorney's
4  fees.

6  Dated: October 14, 2013       LAW OFFICES OF MARK A. WASSER

8  By: /s/ Mark A. Wasser
9      Mark A. Wasser
       Attorney for Plaintiff, Todd Hansen

12 Dated: October 14, 2013       DLA PIPER LLP (USA)

14 By: /s/
       Maria C. Rodriguez
15     Michelle Kunihiro
       Attorneys for Defendant, Clear Channel Outdoor, Inc.

19                                    **ORDER**

21 The parties having stipulated as hereinabove set forth and good cause appearing;
22 IT IS SO ORDERED.

24 Dated: October 15, 2013        UNITED STATES DISTRICT COURT

25 By: /s/ Maxine M. Chesney
       The Honorable Maxine M. Chesney
26     United States District Judge